No. **CR - 08  00579**  JW  RS

# UNITED STATES DISTRICT COURT

FILED
2008 AUG 27 P 3: 47

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA
### *vs.*
## SAUL DE LOS SANTOS VILLAFAN and JAIME CRUZ-ALVARADO

## INDICTMENT

**COUNT ONE**: 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine

**COUNT TWO**: 21 U.S.C. § 846 - Attempt to Distribute Methamphetamine; 18 U.S.C. § 2 - Aiding and Abetting

**COUNT THREE**: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) - Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 - Aiding and Abetting

*A true bill.*

_____
Foreperson

*Filed in open court this* 27 *day of* August

*A.D.* 2008

_____
United States Magistrate Judge

*Bail.* $ _____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 AUG 27  P 3:47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> SAUL DE LOS SANTOS VILLAFAN, ) <br> JAIME CRUZ-ALVARADO, ) <br> Defendants. ) <br> _____ ) | CR-08-00579 JW <br> Criminal No.: <br> VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine; 21 U.S.C. § 846 – Attempt to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) and (b)(1)(B) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 - Aiding and Abetting <br> SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine)

Beginning on a date unknown to the Grand Jury, but no later than July 3, 2008, and continuing until August 13, 2008, the defendants,

SAUL DE LOS SANTOS VILLAFAN, and
JAIME CRUZ-ALVARADO,

together with others unknown to the Grand Jury, did knowingly and intentionally conspire to possess with the intent to distribute, and to distribute, 50 grams and more of a mixture and

INDICTMENT

substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TWO:   (21 U.S.C. § 846 - Attempt to Distribute Methamphetamine; 18 U.S.C. § 2 – Aiding and Abetting)

Beginning on a date unknown to the Grand Jury, but no later than July 3, 2008, and continuing until August 13, 2008, the defendants,

SAUL DE LOS SANTOS VILLAFAN, and
JAIME CRUZ-ALVARADO,

together with others unknown to the Grand Jury, did knowingly and intentionally attempt distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and did aid and abet in the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18 U.S.C. Section 2.

COUNT THREE:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 – Aiding and Abetting)

On or about August 13, 2008, in the Northern District of California, the defendants,

SAUL DE LOS SANTOS VILLAFAN, and
JAIME CRUZ-ALVARADO,

did knowingly and intentionally possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers,

//
//
//
//
//

INDICTMENT

and salts of its isomers, a Schedule II controlled substance, and did aid and abet in the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18 U.S.C. Section 2.

DATED:    August 27, 2008

A TRUE BILL.

*Ramona Wills*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID CALLAWAY
Deputy Chief, San Jose Branch

(Approved as to form: _____ )
AUSA DANIEL KALEBA

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- OFFENSE CHARGED ----

21 USC § 846-Conspiracy to Possess with Intent to Dist., and to Dist., Meth.; 21 USC § 846-Attempt to Dist. Meth.; 21 USC § 841(a)(1) and (b)(1)(B) - Possession with Intent to Dist. Meth.; 18 USC § 2-Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
40 years imprisonment
$2,000,000 fine
4 years supervised release mandatory minimum
$100 special assessment fee

E-FILING

---- DEFENDANT - U.S. ----

2008 AUG 27 P 3: 47

▶ SAUL DE LOS SANTOS VILLAFAN

RICHARD W. WIEKING
DISTRICT COURT NUMBER CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR-08 00579

JW
RS

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

DEA - ANTHONY HERRERA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____
Month/Day/Year

DATE OF ARREST ▶ _____
Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____
Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   TOM COLTHURST

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

21 USC § 846-Conspiracy to Possess with Intent to Dist., and to Dist., Meth.; 21 USC § 846-Attempt to Dist. Meth.; 21 USC § 841(a)(1) and (b)(1)(B) - Possession with Intent to Dist. Meth.; 18 USC § 2-Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
40 years imprisonment
$2,000,000 fine
4 years supervised release mandatory minimum
$100 special assessment fee

**DEFENDANT - U.S.**
2008 AUG 27 P 3:48

▶ JAIME CRUZ-ALVARADO

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

DISTRICT COURT NUMBER

CR - 08  00579   JW

**DEFENDANT**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEA - ANTHONY HERRERA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____
MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   TOM COLTHURST

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: