BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290   FAX:  (408) 275-1396

Attorney for Defendant
JAIME CRUZ-ALVARADO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAIME CRUZ-ALVARADO,<br><br>          Defendant | Case No.: CR-00579-JW<br>              CR-00579-JW-2<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF SENTENCING** |

   IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of the Defendant Jaime Cruz-Alvarado and Assistant U.S. Attorney Daniel Kaleba on behalf of the Government, that the status hearing set in the above-entitled matter for August 31, 2009 at 9:00 am be continued to October 5, 2009 at 1:30 p.m. in order for defense counsel to adequately prepare for sentencing in this matter.

IT IS SO STIPULATED


Dated: August 21, 2009                                          /s/
                                                      BERNDT INGO BRAUER
                                                      Attorney for Defendant

IT IS SO STIPULATED

Dated:_____                                          /s/
                                                      DANIEL KALEBA
                                                      Assistant U.S. Attorney

- 1-

**Stipulation to Continue Status Hearing**

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing
2  hearing set for August 31, 2009 be continued to October 5, 2009, at 1:30 p.m.
3
4  It is so ORDERED
5
6  Dated: August 26, 2009                              /s/ James Ware
7                                                     THE HON. JAMES WARE
                                                      Judge of the United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2-

**Stipulation to Continue Status Hearing**