BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290   FAX:  (408) 275-1396

Attorney for Defendant
JAIME CRUZ-ALVARADO

IT IS SO ORDERED

*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, )<br>                    )<br>          Plaintiff,          )<br>                    )<br>     vs.               )<br>                    )<br>JAIME CRUZ-ALVARADO,          )<br>                    )<br>          Defendant          )<br>_____ ) | Case No.:<br>          CR-00579-JW-2<br><br>**STIPULATION TO CONTINUE** |

Due to defense counsel Berndt Ingo Brauer's unavailability on the scheduled sentencing date, and the need for further preparation before the hearing in this case,

IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of the Defendant Jaime Cruz-Alvarado and Assistant U.S. Attorney Daniel Kaleba on behalf of the Government that the status hearing set in the above-entitled matter for October 5, 2009 at 1:30 p.m. be continued to November 2, 2009 at 1:30 p.m.

IT IS SO STIPULATED.


Dated: September 23, 2009                              _____/s/_____

                                                        BERNDT INGO BRAUER
                                                        Attorney for Defendant
                                                        JAIME CRUZ-ALVARADO

- 1-

**Stipulation to Continue Sentencing**

1   IT IS SO STIPULATED

2

3   Dated:  September 23, 2009 _____/s/_____

4                                                    DANIEL KALEBA
                                                     Assistant U.S. Attorney
5

6        Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing

7   hearing set for October 5, 2009 at 1:30 p.m. be continued to November 2, 2009 at 1:30 p.m.

8        It is so ORDERED

9

10  Dated:_____October 2, 2009_____   _____

11                                                   THE HON. JAMES WARE
                                                     Judge of the United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2-

**Stipulation to Continue Sentencing**