BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290   FAX:  (408) 275-1396

Attorney for Defendant
JAIME CRUZ-ALVARADO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 08-0579 JW -02 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** SENTENCING HEARING |
| JAIME CRUZ-ALVARADO, | ) | |
| Defendant | ) | |

   Due to the fact that defense counsel Berndt Ingo Brauer's is still attempting to obtain documentation in further preparation before the hearing in this case,

   IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of the Defendant Jaime Cruz-Alvarado and Assistant U.S. Attorney Daniel Kaleba on behalf of the Government that the sentencing hearing set in the above-entitled matter for November 2, 2009 at 1:30 p.m. be continued to December 14, 2009 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: October 30, 2009                                          /s/
                                                         BERNDT INGO BRAUER
                                                         Attorney for Defendant
                                                         JAIME CRUZ-ALVARADO

**Stipulation to Continue Sentencing**

IT IS SO STIPULATED

Dated: October 30, 2009                                    /s/
                                              DANIEL KALEBA
                                              Assistant U.S. Attorney

Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing hearing set for November 2, 2009 at 1:30 p.m. be continued to December 14 2009 at 1:30 p.m.

It is so ORDERED

Dated: October 30, 2009                          *James Ware*
                                              THE HON. JAMES WARE
                                              Judge of the United States District Court

**Stipulation to Continue Sentencing**