BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290   FAX:  (408) 275-1396

Attorney for Defendant
JAIME CRUZ-ALVARADO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JAIME CRUZ-ALVARADO,<br><br>         Defendant | ) Case No.: CR-00579-JW<br>)            CR-00579-JW-2<br>)<br>) **STIPULATION TO CONTINUE**<br>)<br>)<br>)<br>)<br>) |

   Due to additional discussions between defense counsel Berndt Ingo Brauer and Assistant U.S. Attorney Daniel Kaleba regarding additional defense investigation,

   IT IS HEREBY STIPULATED by and between the parties, Berndt Ingo Brauer on behalf of the Defendant Jaime Cruz-Alvarado and Assistant U.S. Attorney Daniel Kaleba on behalf of the Government that the sentencing hearing set in the above-entitled matter for December 14, 2009 at 1:30 p.m. be continued to February 22, 2010 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: December 11, 2009                             /s/
                                                   BERNDT INGO BRAUER
                                                   Attorney for Defendant
                                                   JAIME CRUZ-ALVARADO

- 1-

**Stipulation to Continue Sentencing**

1
2  IT IS SO STIPULATED

3  Dated: December 11, 2009                                  _____/s/_____
                                                            DANIEL KALEBA
4                                                           Assistant U.S. Attorney
5

6       Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing

7  hearing set for December 14, 2009 at 1:30 p.m. be continued to February 22, 2010 at 1:30 p.m.

8       It is so ORDERED

9
                                                            /s/ James Ware
10 Dated:  December 11, 2009                                 _____
                                                            THE HON. JAMES WARE
11                                                          Judge of the United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2-

**Stipulation to Continue Sentencing**